UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80049 EMC |
|     Plaintiff, | **ORDER REJECTING COMPLAINT** |
| v. | |
| UNITED STATES | |
|     Defendant. | |

    Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

    In the instant case, Mr. Hurt purports to sue the United States based on allegations that the United States Constitution should be interpreted as written "for the American people and for this Nation . . . and this Nation alone." As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

                                                   EDWARD M. CHEN
                                                   United States District Judge