**United States District Court**
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                        NORTHERN DISTRICT OF CALIFORNIA
7
8    TYRONE HURT                                No. MC-14-80049 EMC
9           Plaintiff,                          **ORDER CONSTRUING DOCUMENT AS**
                                                **NOTICE OF APPEAL AND DENYING**
10          v.                                  **REQUEST TO PROCEED ON APPEAL**
                                                ***IN FORMA PAUPERIS* AND FOR**
11   UNITED STATES                              **APPOINTMENT OF COUNSEL**
12          Defendant.
     _____/
13
14          On March 5, 2014, this Court rejected Plaintiff's complaint in this action pursuant to the pre-
15   filing order issued in *Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at
16   *8 (N.D. Cal. Jan. 11, 2013).  This case was one of fourteen complaints submitted for review by
17   Plaintiff on February 13, 2014.
18          On March 12, 2014, Plaintiff filed a document entitled "motion for notice of appeal informa
19   pauperis [sic]" in each of the fourteen cases.  The Court construes this document as Plaintiff's
20   notice of appeal from this Court's rejection of the instant complaint.
21          Further, Plaintiff seeks leave to appeal in forma pauperis and for the appointment of counsel.
22   Plaintiffs' requests are **DENIED**.  The Court finds the instant appeal to be frivolous as the complaint
23   contained incoherent allegations, sought outlandish relief, and otherwise plainly failed to state a
24   claim upon which relief can be granted, as discussed in the underlying order rejecting the complaint.
25   *See* 28 U.S.C. § 1915(a)(2) ("An appeal may not be taken in forma pauperis if the trial court certifies
26   in writing that it is not taken in good faith."); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th
27   Cir. 2002) (construing "in good faith" to mean "non-frivolous").
28

**United States District Court**
For the Northern District of California

1    This Court's denial of Plaintiff's request for in forma pauperis status on appeal and for the

2  appointment of counsel is without prejudice to Plaintiff renewing the requests before the United

3  States Court of Appeals for the Ninth Circuit.  *See* Fed. R. App. P. 24(a)(5) (detailing the procedure

4  necessary for bringing a motion before the court of appeals to proceed in forma pauperis on appeal).

5

6    IT IS SO ORDERED

7

8  Dated:  April 18, 2014

9    _____

10                                          EDWARD M. CHEN
                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28